# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSAL TRANSDATA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEXXXON DIGITAL STORAGE, INC.,<br><br>Defendant. | C.A. No. 1:17-cv-1238-GMS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Universal Transdata, LLC and Defendant Dexxxon Digital Storage, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and counterclaims asserted in this action with prejudice, with each party to bear its own costs, expenses and attorney fees.

/s/Ryan P. Newell
Arthur G. Connolly, III (No. 2667)
Ryan P. Newell (No. 4744)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

*Of Counsel*

Jeffrey S. Standley
Eric M. Gayan
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, Ohio 43017
(614)792-5555
jstandley@standleyllp.com
egayan@standleyllp.com

/s/Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)
Richard C. Weinblatt (No. 5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Of Counsel:*

Daniel A. Kent
dankent@kentrisley.com
Tel: (404) 585-4214
Fax: (404) 829-2412
Stephen R. Risley
steverisley@kentrisley.com

1

*Attorneys for Defendant*

Tel: (404) 585-2101
Fax: (404) 389-9402
KENT & RISLEY LLC
5755 N. Point Pkwy Ste. 57
Alpharetta, GA 30022

*Attorneys for Plaintiff*

Dated March 12, 2018.

SO ORDERED this 15th day of March, 2018.

_____
United States District Judge